**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -EASTERN DIVISION**

| | |
|---|---|
| KANNA CHAIREZ*, <br><br> Petitioner, <br><br> v. <br><br> RICOLCOL, <br><br> Respondent. | Case No. EDCV 24-01741-MEMF(AS) <br><br> **ORDER ACCEPTING FINDINGS,** <br><br> **CONCLUSIONS AND RECOMMENDATIONS** <br><br> **OF UNITED STATES MAGISTRTE** <br><br> **JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge.[1]

---

* The Court notes that it appears that Petitioner's first name is "Karina" and was transcribed in error as "Kanna" on the Court docket.

[1] The Court notes that the record reflects that some of the Magistrate Judge's Orders were returned as undeliverable. The Court has confirmed that despite the apparent misspelling of

**IT IS ORDERED** that Judgment be entered denying the Petition and dismissing this action without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

DATED: February 14, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

---

Petitioner's first name, the correct inmate number meant that if she was still in custody at the institution, the mail would not have been returned. The Court notes that the institution advises that the Petitioner was not at the institution initially because—as the Magistrate Judge noted—she was at the residential re-entry center she requested and since then because she has been released from custody.

2