JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA -EASTERN DIVISION**

| | |
|---|---|
| KANNA CHAIREZ, | Case No. EDCV 24-01741-MEMF (AS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RICOLCOL, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED: February 14, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE